# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604

June 26, 2006

Hon. JOEL M. FLAUM, Chief Judge

Hon. WILLIAM J. BAUER, Circuit Judge

Hon. DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| JONATHAN BARTLETT, | ] |
| | ] Appeal from the United |
| Petitioner-Appellant, | ] States District Court for |
| | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| No. 05-1715          v. | ] |
| | ] No. 04 C 4204 |
| DEIRDRE BATTAGLIA, Warden, | ] |
| | ] Matthew F. Kennelly, |
| Respondent-Appellee. | ] Judge. |

O R D E R

The opinion issued in the above-entitled case on June 21, 2006 is hereby
amended as follows:

In the caption and in the second line of Footnote 1 the name Deidre should be
spelled "**Deirdre**".